DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INTERNATIONAL VILLAGE ASSOCIATION, INC.,**
Appellant,

v.

**RAYMOND PHILLIPS, DAWN PHILLIPS** and **CRISTOBAL PADRON,**
Appellees.

No. 4D18-736

[March 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE-17-013862.

Christopher M. Trapani of Christopher M. Trapani, P.A., Cooper City, for appellant.

Cristobal D. Padron of Cristobal D. Padron & Associates, P.A., Hialeah, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***